EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Angel D. López López | 2001 TSPR 27 |

Número del Caso: 10,354

Fecha: 2/marzo/2001

Oficina de Inspección de Notarías:

                                     Lcda. Carmen H. Carlos
                                     Directora

Abogado de la Parte Querellada:

                                     Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Angel D. López López

10354

RESOLUCION

San Juan, Puerto Rico, a 2 de marzo de 2001.

Examinado el Informe de la Directora de Inspección de Notarías sobre el cumplimiento de Angel D. López López con las órdenes de este Tribunal e informado este Tribunal de que el peticionario ha contestado satisfactoriamente las quejas que estaban pendientes y ha manifestado su compromiso de siempre cumplir estrictamente con los Cánones de Etica Profesional, se autoriza su reinstalación tanto al ejercicio de la abogacía como el de la notaría.

**Publíquese**.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo